AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

_David C. Letiieri_
Petitioner

v.                                    Case No. _____
                                      (Supplied by Clerk of Court)

_Discipline hearing officer_
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: _David Carmine Letieri_
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: _Federal Medical center Devens_
   (b) Address: _P.O. Box 879_
                 _Ayer, MA 01432_
   (c) Your identification number: _1609504_
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _Western New York_
      (b) Docket number of criminal case: _21-cr-20_
      (c) Date of sentencing: _May 28, 2024_
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☑ Disciplinary proceedings
☑ Other (explain): __First Step act credits__

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __DHO__
   (b) Docket number, case number, or opinion number: __4121574__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __Claiming programs are worthless__
   (d) Date of the decision or action: __June 3, 2025__

Your Earlier Challenges of the Decision or Action

7. First appeal
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: __Regional appeal__
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result: __affirm__
       (5) Date of result:
       (6) Issues raised: __Due process, confrontation clause, vague and overbreadth,__

   (b) If you answered "No," explain why you did not appeal:

8. Second appeal
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: __Washington appeal__
        (2) Date of filing: ____
        (3) Docket number, case number, or opinion number: ____
        (4) Result: __Thrown out without being heard__
        (5) Date of result: ____
        (6) Issues raised: __Same as original__

    (b) If you answered "No," explain why you did not file a second appeal: ____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes        ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: ____
        (2) Date of filing: ____
        (3) Docket number, case number, or opinion number: ____
        (4) Result: ____
        (5) Date of result: ____
        (6) Issues raised: ____

    (b) If you answered "No," explain why you did not file a third appeal: ____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes        ☐ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes        ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. Appeals of immigration proceedings
Does this case concern immigration proceedings?
☐ Yes        ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

    (d)  Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes        ☐ No
        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes        ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Due process

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
denied Right to Be heard
violated Mullane v Central hanover B.+T.Co., 339 US 306

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND TWO:** Mullane v Central Hanover B.+T.Co. 339 US 306

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
denied right Be heard

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND THREE:** Freedom of speech

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
appeal Being thrown out
denial of right to appeal
denial of redress government

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: Cox v Louisiana, 379 U.S. 536

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
appeal Being thrown out
denial of right to appeal
denial of redress government

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Thirty days credited to the Illegal sentence and one year off the Illegal supervise release.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _October 25, 2025_

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any